

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1   ROS'S CABINETS II INC.,
        d/b/a "Ros's Cabinets,"
D-2   MICHELE LOIACONO,
        aka "Mike,"
        aka "Miguel,"
D-3   RINO GIOVANNI FORMICUCCIA,

Defendants.
_____/

Case:2:15-cr-20149
Judge: Cleland, Robert H.
MJ: Whalen, R. Steven
Filed: 03-18-2015 At 04:12 PM
INFO USA v ROS'S CABINETS II I
NC, ET AL (LG)

VIO:8 U.S.C. § 1324(a)(3)(A)
8 U.S.C. § 1324a(a)(1)(A)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(18 U.S.C. § 1324(a)(3)(A) –
Hiring of 10 or more illegal aliens within a 12 month period)

D-1   ROS'S CABINETS II INC.

On or about January 1, 2012 up to and including December 31, 2012, within

the Eastern District of Michigan, Southern Division, ROS'S CABINETS II INC., a

1

business lawfully incorporated in the State of Michigan, doing business as "Ros's Cabinets" and located at 15065 32 Mile Road, Romeo, Michigan 48065, knowingly hired at least ten or more aliens, who were persons not lawfully admitted for permanent residence or authorized to be so employed within the United States of America, during a 12 month period in violation of Title 8 United States Code Section 1324(a)(3)(A).

## COUNT TWO
(18 U.S.C. § 1324a(a)(1)(A) – Hiring an illegal alien)

D-2   MICHELE LOIACONO,
aka "Mike,"
aka "Miguel"

On or about May 21, 2014, within the Eastern District of Michigan, Southern Division, MICHELE LOIACONO, aka "Mike," aka "Miguel," knowingly and intentionally hired an alien, who was a person not lawfully admitted for permanent residence or authorized to be so employed within the United States of America, in violation of Title 8 United States Code Section 1324a(a)(1)(A).

## COUNT THREE
(18 U.S.C. § 1324a(a)(1)(A) – Hiring an illegal alien)

D-3   RINO GIOVANNI FORMICUCCIA

On or about May 21, 2014, within the Eastern District of Michigan, Southern Division, RINO GIOVANNI FORMICUCCIA, knowingly and intentionally hired an alien, who was a person not lawfully admitted for permanent residence or authorized to be so employed within the United States of America, in violation of Title 8 United States Code Section 1324a(a)(1)(A).

BARBARA L. McQUADE
United States Attorney

s/Ronald W. Waterstreet
RONALD W. WATERSTREET
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

s/Jonathan Tukel
JONATHAN TUKEL
Assistant U.S. Attorney
Chief, National Security Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Date: March 18, 2015

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case: 2.15-cr-20149<br>Judge: Cleland, Robert H.<br>MJ: Whalen, R. Steven<br>Filed: 03-18-2015 At 04:12 PM<br>INFO USA v ROS'S CABINETS II I<br>NC, ET AL (LG) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008    [ ]

| **Companion Case Information**<br>This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Companion Case Number:** |
|---|---|
| | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** _____ |

Case Title: USA v. Ros's Cabinets, et al. _____

County where offense occurred : Macomb County, MI _____

Check One:    ☒ Felony        ☒ Misdemeanor        ☐ Petty

____Indictment/__✓__Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 18, 2015
_____
Date

RONALD W. WATERSTREET
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9593
Fax:    (313) 226-4678
E-Mail address: ronald.waterstreet@usdoj.gov
Attorney Bar #:

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

04/13